UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIEUTENANT GAFFNEY and MENLO TREJOS,<br><br>　　　　　Defendants. | Case No. CV 20-00192-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and  recommendations of the Magistrate Judge.

　　　　**IT IS ORDERED** that Defendants' motion to dismiss is granted in part and Plaintiff's Second Amended Complaint is dismissed with leave to amend. Plaintiff shall file a Third Amended Complaint no later than 30 days from the date of this Order.

　　　　**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED:  October 15, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

.