UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>               Plaintiffs,<br><br>  v.<br><br>LIEUTENANT GAFFNEY AND MENLO TREJOS,<br><br>               Defendants. | Case No. CV 20-00192-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Defendant's Motion to Dismiss is GRANTED IN PART: Plaintiff's claim against Defendant Gaffney and Plaintiff's deliberate indifference claim against Defendant Trejos are dismissed from this action. Defendant's Motion to Dismiss is

DENIED as to Plaintiff's excessive force claim against Defendant Trejos. Defendant is ordered to file an Answer to the Third Amended Complaint within thirty (30) days of the date of this Order.

**IT IS ORDERED** that Defendants' Request for Judicial Notice is GRANTED; Plaintiff's request for entry of default against Defendants is DENIED; Plaintiff's Request for appointment of counsel is DENIED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: May 18, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE