JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MELO TREJOS,<br><br>　　　　Defendants. | Case No. CV 20-0192-JFW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: May 2, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE